UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARKON RESOURCES, INC.,<br><br>Defendant. | CASE NO. C15-1984JLR<br><br>ORDER |
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIGH GEAR SPECIALTIES, INC.,<br><br>Defendant. | CASE NO. C15-1985JLR |

ORDER- 1

| | | |
|---|---|---|
| 1 | NATIONAL PRODUCTS, INC., | CASE NO. C15-2024JLR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | NATIONAL PRODUCTS, INC., | CASE NO. C16-0109JLR |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | BRACKETRON, INC., | |
| 11 | Defendant. | |

The court schedules a *Markman* hearing at 9:00 a.m. on September 19, 2017, and sets the close of discovery for February 1, 2018. The court DIRECTS the parties to meet and confer regarding the remaining case deadlines, beginning with the joint claim chart and prehearing statement. (*See* JSR (Dkt. # 69) at 3.) No later than March 3, 2017, the parties must file a motion and proposed order adopting their proposed deadlines.

Dated this 23rd day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER- 2