HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKON RESOURCES, INC., <br><br> Defendant. | **CONSOLIDATED CASE** <br> **Lead Case No. 2:15-cv-01984-JLR** <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER FOR REVISED SCHEDULE** <br><br> <u>**NOTE ON MOTION CALENDAR:**</u> <br> **Friday, March 3, 2017** |
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> HIGH GEAR SPECIALTIES INC., <br><br> Defendant. | Case No. 2:15-cv-01985-JLR <br><br><br> JURY TRIAL DEMANDED |
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC, <br><br> Defendant. | Case No. 2:15-cv-02024-JLR <br><br><br> JURY TRIAL DEMANDED |

STIP. MTN. FOR REVISED SCHEDULE     - 1 -
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> BRACKETRON, INC. <br><br> Defendant. | Case No. 2:16-cv-00109-JLR <br><br><br> JURY TRIAL DEMANDED |

Pursuant to the Court's February 23, 2017 Minute Entry (Dkt. No. 71) and Order Setting *Markman* Hearing (Dkt. No. 72), plaintiff National Products Inc. ("NPI") and defendants Arkon Resources, Inc. ("Arkon"), High Gear Specialties Inc. ("High Gear"), Wireless Accessory Solutions, LLC, d/b/a IBOLT – Wireless Accessory Solutions, LLC ("IBOLT"), and Bracketron, Inc. ("Bracketron") (collectively, "Defendants") jointly submit the following revised proposed schedule to govern the above-captioned matters.

The parties ask that the Court enter the following schedule of deadlines:

| Event | Parties' Proposal |
|---|---|
| Joint Claim Construction and Prehearing Statement (LPR 132) | July 10, 2017 |
| Parties File Simultaneous Opening *Markman* Briefs (LPR 134) | July 20, 2017 |
| Parties File Simultaneous Responsive *Markman* Briefs (LPR 134) | August 10, 2017 |
| Tutorial (if necessary) | To be set by the Court |
| *Markman* Hearing (LPR 135) | September 19, 2017 at 9:00 a.m. |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | December 1, 2017 |
| Rebuttal Expert Reports Due | December 22, 2017 |
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d)(3) or LCR 37(a)(2) | January ~~27~~ 26, 2018 |

STIP. MTN. FOR REVISED SCHEDULE — 2 —
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| Event | Parties' Proposal |
|---|---|
| Discovery Completed By | February 1, 2018 |

In addition to the proposed deadlines set forth above, the parties agree that if any discovery requests were pending when the Court granted Defendants' requested stay (Dkt. No. 66), the deadline for responding to those requests is hereby extended fourteen (14) days from the date of entry of this order.

STIP. MTN. FOR REVISED SCHEDULE       - 3 -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | | |
|---|---|---|
| 1 | Dated: March 3, 2017 | Respectfully submitted, |
| 2 | | By: s/Jonathan T. McMichael |
| | | David K. Tellekson, WSBA No. 33523 |
| 3 | | Ewa M. Davison, WSBA No. 39524 |
| | | Jonathan T. McMichael, WSBA No. 49895 |
| 4 | | FENWICK & WEST LLP |
| | | 1191 Second Avenue, 10th Floor |
| 5 | | Seattle, WA 98101 |
| | | Tel:   206.389.4510 |
| 6 | | Fax:   206.389.4511 |
| | | Email: dtellekson@fenwick.com |
| 7 | | edavison@fenwick.com |
| | | jmcmichael@fenwick.com |
| 8 | | |
| | | *Attorneys for Plaintiff* |
| 9 | | *National Products Inc.* |
| 10 | Dated: March 3, 2017 | Respectfully submitted, |
| 11 | | |
| | | By: s/James E. Breitenbucher |
| 12 | | Jayson W. Sowers, WSBA No. 27618 |
| | | James E. Breitenbucher, WSBA No. 27670 |
| 13 | | RIDDELL WILLIAMS P.S. |
| | | 1001 Fourth Avenue, Suite 4500 |
| 14 | | Seattle, WA 98154-1192 |
| | | Tel:   206.624.3600 |
| 15 | | Fax:   206.389.1708 |
| | | Email: jsowers@riddellwilliams.com |
| 16 | | jbreitenbucher@riddellwilliams.com |
| 17 | | |
| | | Marc A. Karish (admitted *pro hac vice*) |
| 18 | | KARISH & BJORGUM, PC |
| | | 119 E. Union Street, Suite B |
| 19 | | Pasadena, CA 91103 |
| | | Tel:   213.785.8070 |
| 20 | | Fax:   213.995.5010 |
| | | Email: marc.karish@kb-ip.com |
| 21 | | |
| | | *Attorneys for Defendant* |
| 22 | | *Arkon Resources, Inc.* |
| 23 | | |
| | | *Attorneys for Defendant* |
| | | *Wireless Accessory Solutions, LLC,* |
| 24 | | *d/b/a iBolt – Wireless Accessory* |
| | | *Solutions, LLC* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | STIP. MTN. FOR REVISED SCHEDULE | - 4 - | FENWICK & WEST LLP |
| | **Case Nos. 2:15-cv-01984-JLR,** | | 1191 SECOND AVENUE, 10TH FLOOR |
| | 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, | | SEATTLE, WASHINGTON 98101 |
| | 2:16-cv-00109-JLR | | TELEPHONE 206.389.4510 |
| | | | FACSIMILE 206.389.4511 |

| | |
|---|---|
| Dated: March 3, 2017 | Respectfully submitted, |

By: *s/Daniel J. Velloth*
Rodney L. Umberger, WSBA No. 24948
Daniel J. Velloth, WSBA No. 44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Ste. 4100
Seattle, WA 98101-2380
Tel: 206.628.6600
Fax: 206.628.6611
Email: rumberger@williamskastner.com
dvelloth@williamskastner.com

Thomas L. Kautz (*pro hac vice* forthcoming)
GRAY ROBINSON, P.A.
401 East Las Olas Blvd., Ste. 1000
Fort Lauderdale, FL 33301
Tel.: 954.761.8111
Fax: 954.761.8112
E-mail: tom.kautz@gray-robinson.com

*Attorneys for Defendant*
*High Gear Specialties Inc.*

Dated: March 3, 2017          Respectfully submitted,

By: *s/Robert J. Carlson*
Robert J. Carlson, WSBA No. 18455
LEE & HAYES PLLC
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Tel: 206.315.4001
Fax: 206.315.4004
Email: bob@leehayes.com

Terrance C. Newby (admitted *pro hac vice*)
MASLON LLP
Wells Fargo Center
90 South Seventh St., Ste. 3300
Minneapolis, MN 55402
Tel: 612.672.8328
Fax: 612.672.8328
Email: terry.newby@maslon.com

*Attorneys for Defendant*
*Bracketron, Inc.*

STIP. MTN. FOR REVISED SCHEDULE   - 5 -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

**ORDER**

This matter is before the Court on the parties' Stipulated Motion for Revised Schedule ("the Stipulated Motion"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the following schedule of deadlines is in effect:

| Event | Deadline |
| --- | --- |
| Joint Claim Construction and Prehearing Statement (LPR 132) | July 10, 2017 |
| Parties File Simultaneous Opening *Markman* Briefs (LPR 134) | July 20, 2017 |
| Parties File Simultaneous Responsive *Markman* Briefs (LPR 134) | August 10, 2017 |
| Tutorial (if necessary) | To be set by the Court |
| *Markman* Hearing (LPR 135) | September 19, 2017 at 9:00 a.m. |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | December 1, 2017 |
| Rebuttal Expert Reports Due | December 22, 2017 |
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d)(3) or LCR 37(a)(2) | January 26, 2018 |
| Discovery Completed By | February 1, 2018 |

SO ORDERED this 6th day of March, 2017.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. MTN. FOR REVISED SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

- 6 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Presented by:

By: *s/Jonathan T. McMichael*
David K. Tellekson, WSBA No. 33523
Ewa M. Davison, WSBA No. 39524
Jonathan T. McMichael, WSBA No. 49895
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Tel:       206.389.4510
Fax:       206.389.4511
Email:     dtellekson@fenwick.com
           edavison@fenwick.com
           jmcmichael@fenwick.com

*Attorneys for Plaintiff*
*National Products Inc.*


By: *s/James E. Breitenbucher*
Jayson W. Sowers, WSBA No. 27618
James E. Breitenbucher, WSBA No. 27670
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Tel:       206.624.3600
Fax:       206.389.1708
Email:     jsowers@riddellwilliams.com
           jbreitenbucher@riddellwilliams.com

Marc A. Karish (admitted *pro hac vice*)
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel:       213.785.8070
Fax:       213.995.5010
Email:     marc.karish@kb-ip.com

*Attorneys for Defendant*
*Arkon Resources, Inc.*

*Attorneys for Defendant*
*Wireless Accessory Solutions, LLC,*
*d/b/a iBolt – Wireless Accessory Solutions, LLC*

---

STIP. MTN. FOR REVISED SCHEDULE         - 7 -
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

By: s/Daniel J. Velloth
    Rodney L. Umberger, WSBA No. 24948
    Daniel J. Velloth, WSBA No. 44379
    WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Ste. 4100
    Seattle, WA 98101-2380
    Tel:     206.628.6600
    Fax:     206.628.6611
    Email:   rumberger@williamskastner.com
             dvelloth@williamskastner.com

    Thomas L. Kautz (*pro hac vice* forthcoming)
    GRAY ROBINSON, P.A.
    401 East Las Olas Blvd., Ste. 1000
    Fort Lauderdale, FL 33301
    Tel.:    954.761.8111
    Fax:     954.761.8112
    E-mail:  tom.kautz@gray-robinson.com

    *Attorneys for Defendant*
    *High Gear Specialties Inc.*


By: s/Robert J. Carlson
    Robert J. Carlson, WSBA No. 18455
    LEE & HAYES PLLC
    One Convention Place
    701 Pike Street, Ste. 1600
    Seattle, WA 98101
    Tel:     206.315.4001
    Fax:     206.315.4004
    Email:   bob@leehayes.com

    Terrance C. Newby (admitted *pro hac vice*)
    MASLON LLP
    Wells Fargo Center
    90 South Seventh St., Ste. 3300
    Minneapolis, MN 55402
    Tel:     612.672.8328
    Fax:     612.672.8328
    Email:   terry.newby@maslon.com

    *Attorneys for Defendant*
    *Bracketron, Inc.*

STIP. MTN. FOR REVISED SCHEDULE         - 8 -
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on March 3, 2017, I caused the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR REVISED SCHEDULE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Jayson W. Sowers** (WSBA No. 27618)<br>**James E. Breitenbucher** (WSBA No. 27670)<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br><br>*Attorneys for Defendants Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory*<br>*Solutions, LLC, d/b/a iBolt – Wireless Accessory*<br>*Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>jsowers@riddellwilliams.com<br>jbreitenbucher@riddellwilliams.com |
| **Marc A. Karish** (admitted *pro hac vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br><br>*Attorneys for Defendant Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory*<br>*Solutions, LLC, d/b/a iBolt – Wireless Accessory*<br>*Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>marc.karish@kb-ip.com |
| **Rodney L. Umberger** (WSBA No. 24948)<br>**Daniel J. Velloth** (WSBA No. 44379)<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Ste. 4100<br>Seattle, WA 98101-2380<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com |
| **Thomas L. Kautz** (admitted *pro hac vice*)<br>GRAY ROBINSON, P.A.<br>401 East Las Olas Blvd., Ste. 1000<br>Fort Lauderdale, FL 33301<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>tom.kautz@gray-robinson.com |

STIP. MTN. FOR REVISED SCHEDULE         - 9 -
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| **Robert J. Carlson** (WSBA No. 18455)<br>LEE & HAYES PLLC<br>One Convention Place<br>701 Pike Street, Ste. 1600<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>bob@leehayes.com |
| **Terrance C. Newby** (admitted *pro hac vice*)<br>**E. Casey Beckett** (admitted *pro hac vice*)<br>**Kristian C.S. Weir** (admitted *pro hac vice*)<br>MASLON LLP<br>Wells Fargo Center<br>90 South Seventh St., Ste. 3300<br>Minneapolis, MN 55402<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>terry.newby@maslon.com<br>casey.beckett@maslon.com<br>kristian.weir@maslon.com |

Dated: March 3, 2017

By: *s/Sharie L. Parks*
For Jonathan T. McMichael, WSBA No. 49895
FENWICK & WEST LLP

STIP. MTN. FOR REVISED SCHEDULE             - 10 -
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511