THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARKON RESOURCES, INC.,<br><br>Defendant. | No. 2:15-cv-01984-JLR<br><br>Lead Case |
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIGH GEAR SPECIALTIES, INC.,<br><br>Defendant. | No. 2:15-cv-01985-JLR<br><br>Consolidated Case<br><br>STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL **AND ORDER**<br><br>(Clerk's Action Required)<br><br>Noted for Hearing: May 4, 2017 |

Pursuant to LCR 83.2, Defendant High Gear Specialties, Inc. ("High Gear") moves the Court to allow Thomas Kautz, of Gray Robinson, P.A. and Rodney L. Umberger and Daniel J. Velloth of Williams, Kastner & Gibbs, PLLC, to withdraw as attorneys of record for High Gear in this action, and James E. Breitenbucher of Riddell Williams P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, to substitute as attorney of record for High Gear. Plaintiff National Products, Inc. does not oppose the motion.

STIPULATED MOTION FOR WITHDRAWAL/SUBSTITUTION OF COUNSEL (HIGH GEAR) - (No. 15-cv-01984-RAJ) - 1
4824-1906-1574.02

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

DATED this 4th day of May, 2017.

| | |
|---|---|
| WILLIAMS, KASTNER & GIBBS PLLC | RIDDELL WILLIAMS P.S. |

By  /s/ Daniel J. Velloth
  Rodney L. Umberger, WSBA #24948
  Daniel J. Velloth, WSBA #44379
  601 Union Street, Suite 4100
  Seattle, WA 98101-2380
  Telephone: (206) 628-6600
  Email:
    rumberger@williamskastner.com
    dvelloth@williamskastner.com

  Withdrawing Attorneys for Defendant
  High Gear Specialties, Inc.

By  /s/ James E. Breitenbucher
  James E. Breitenbucher, WSBA #27670
  1001 Fourth Avenue, Suite 4500
  Seattle, WA 98154-1192
  Telephone: (206) 624-3600
  Email:
    jbreitenbucher@riddellwilliams.com

  Substituting Attorneys for Defendant
  High Gear Specialties, Inc.

GRAY ROBINSON, P.A.

By  /s/ Thomas L. Kautz
  Thomas L. Kautz (admitted *pro hac vice*)
  401 East Las Olas Blvd., Suite 1000
  Ft. Lauderdale, FL 33301
  Telephone: (954) 761-8111
  Email:  tom.kautz@gray-robinson.com

  Withdrawing Attorneys for Defendant
  High Gear Specialties, Inc.

FENWICK & WEST, LLP

By  /s/ Ewa M. Davison)
  David K. Tellekson, WSBA #33523
  Ewa M. Davison, WSBA #39524
  Jonathan T. McMichael, WSBA #49895
  1191 Second Avenue, Suite 10th Floor
  Seattle, WA 98101
  Telephone: (206) 389-4510
  Email:  dtellekson@fenwick.com
    edavison@fenwick.com
    jmcmichael@fenwick.com

  Attorneys for Plaintiff

STIPULATED MOTION FOR WITHDRAWAL/SUBSTITUTION OF
COUNSEL (HIGH GEAR) - (No. 15-cv-01984-RAJ) - 2
4824-1906-1574.02

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

1     IT IS SO ORDERED.

2     The Clerk of this Court is hereby requested to make such entries as may be required to
3 reflect such substitution.

4     DATED this 7th day of May, 2017.

                                            HONORABLE JAMES L. ROBART
                                            UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

RIDDELL WILLIAMS P.S.

By: /s/ *James E. Breitenbucher*
    James E. Breitenbucher, WSBA #27670
    1001 Fourth Avenue, Suite 4500
    Seattle, WA 98154-1192
    Telephone: (206) 624-3600
    Email:   jbreitenbucher@riddellwilliams.com

Attorneys High Gear Specialties, Inc.

STIPULATED MOTION FOR WITHDRAWAL/SUBSTITUTION OF COUNSEL (HIGH GEAR) - (No. 15-cv-01984-RAJ) - 3
4824-1906-1574.02

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600