1

HONORABLE JAMES L. ROBART

2

3

4

5

6

7                UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

| | |
|---|---|
| 9  NATIONAL PRODUCTS INC., | **CONSOLIDATED CASE** |
| 10          Plaintiff, | **Lead Case No. 2:15-cv-01984-JLR** |
| 11     v. | ~~[PROPOSED]~~ **ORDER GRANTING NATIONAL PRODUCTS INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |
| 12  ARKON RESOURCES, INC., | |
| 13          Defendant. | |
| 14 | **NOTED ON MOTION CALENDAR:** <u>Friday, October 27, 2017</u> |
| 15 | **JURY TRIAL DEMANDED** |
| 16 | |
| 17  NATIONAL PRODUCTS INC., | Case No. 2:15-cv-01985-JLR |
| 18          Plaintiff, | |
| 19     v. | |
| 20  HIGH GEAR SPECIALTIES INC., | JURY TRIAL DEMANDED |
| 21          Defendant. | |
| 22  NATIONAL PRODUCTS INC., | Case No. 2:15-cv-02024-JLR |
| 23          Plaintiff, | |
| 24     v. | |
| 25  WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC, | JURY TRIAL DEMANDED |
| 26 | |
| 27          Defendant. | |

28

ORDER GRANTING UNOPPOSED MOTION TO
AMEND INFRINGEMENT CONTENTIONS     - 1 -
Case No. 2:15-cv-01984-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

| | |
|---|---|
| NATIONAL PRODUCTS INC., | Case No. 2:16-cv-00109-JLR |
| Plaintiff, | |
| v. | |
| BRACKETRON, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

Before this Court is Plaintiff National Products Inc.'s Motion for Leave to Amend Its

(Mot. (Dkt. # 97).)

Infringement Contentions. Upon consideration, and for good cause shown, the Court has

determined that this motion is **GRANTED**. National Products Inc. shall serve Defendants with

its amended infringement contentions by fourteen (14) days from the date of this Order.

**IT IS SO ORDERED.**

Dated this 12 day of ____October____, 2017.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

FENWICK & WEST LLP

By: _s/ Jessica M. Kaempf_
        David K. Tellekson, WSBA No. 33523
        Ewa M. Davison, WSBA No. 39524
        Jonathan T. McMichael, WSBA No. 49895
        Jessica M. Kaempf, WSBA No. 51666
        1191 Second Avenue, 10th Floor
        Seattle, Washington 98101
        Phone:     206-389-4510
        Fax:        206-389-4511
        Email:     dtellekson@fenwick.com
                      edavison@fenwick.com
                      jmcmichael@fenwick.com
                      jkaempf@fenwick.com

_Attorneys for Plaintiff_
_National Products Inc._

ORDER GRANTING UNOPPOSED MOTION TO
AMEND INFRINGEMENT CONTENTIONS        - 2 -
Case No. 2:15-cv-01984-JLR

## CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on October 11, 2017, I caused the foregoing **[PROPOSED] ORDER GRANTING NATIONAL PRODUCTS INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** to be served on the following parties as indicated below:

| | |
|---|---|
| **James E. Breitenbucher** (WSBA No. 27670)<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br><br>*Attorneys for Defendants Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory*<br>*Solutions, LLC, d/b/a iBolt – Wireless Accessory*<br>*Solutions, LLC*<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>jbreitenbucher@foxrothschild.com |
| **Marc A. Karish** (admitted *pro hac vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br><br>*Attorneys for Defendant Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory*<br>*Solutions, LLC, d/b/a iBolt – Wireless Accessory*<br>*Solutions, LLC*<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>marc.karish@kb-ip.com |
| **Robert J. Carlson** (WSBA No. 18455)<br>LEE & HAYES PLLC<br>One Convention Place<br>701 Pike Street, Ste. 1600<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>bob@leehayes.com |

ORDER GRANTING UNOPPOSED MOTION TO
AMEND INFRINGEMENT CONTENTIONS    - 3 -
Case No. 2:15-cv-01984-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

1

2

| **Terrance C. Newby** (admitted *pro hac vice*)<br>**E. Casey Beckett** (admitted *pro hac vice*)<br>MASLON LLP<br>Wells Fargo Center<br>90 South Seventh St., Ste. 3300<br>Minneapolis, MN 55402<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>terry.newby@maslon.com<br>casey.beckett@maslon.com |
|---|---|

3

4

5

6

7

8  Dated: October 11, 2017

By: *s/ Sharie L. Parks*
For Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNOPPOSED MOTION TO
AMEND INFRINGEMENT CONTENTIONS      - 4 -
Case No. 2:15-cv-01984-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511