THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKON RESOURCES, INC., <br><br> Defendant. | CONSOLIDATED CASE <br><br> Lead Case No. 2:15-cv-01984-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND NON-INFRINGEMENT AND INVALIDITY CONTENTIONS |
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HIGH GEAR SPECIALTIES, INC., <br><br> Defendant. | No. 2:15-cv-01985-JLR |
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a iBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC <br><br> Defendant. | No. 2:15-cv-02024-JLR |

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR LEAVE TO AMEND NON-INFRINGEMENT AND
INVALIDITY CONTENTIONS - 1

**Karish & Bjorgum, PC**
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070

229187\00002\51418222.v1

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRACKETRON, INC.<br><br>    Defendant. | No. 2:16-cv-00109-JLR |

Before this Court is Defendants Arkon Resources, Inc., High Gear Specialties, Inc., Wireless Accessory Solutions, LLC, and Bracketron, Inc.'s Motion for Leave to Amend their Non-Infringement and Invalidity Contentions (Mot. (Dkt. #101).) Upon consideration, and for good cause shown, the Court has determined that this motion is **GRANTED**. Defendants Arkon Resources, Inc., High Gear Specialties, Inc., Wireless Accessory Solutions, LLC, and Bracketron, Inc. shall serve Plaintiff with their amended infringement contentions by November 10, 2017.

**IT IS SO ORDERED.**

DATED this 13th day of October 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR LEAVE TO AMEND NON-INFRINGEMENT AND
INVALIDITY CONTENTIONS - 2

**Karish & Bjorgum, PC**
119 E. Union Street, Suite B
Pasadena, California 91103
213.785.8070 206.624.3600

229187\00002\51418222.v1