THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br> v. <br><br> ARKON RESOURCES, INC., <br><br> Defendant. | **CONSOLIDATED CASE** <br><br> **Lead Case No. 2:15-cv-01984-JLR** <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER FOR REVISED SCHEDULE** <br><br> **NOTED ON MOTION CALENDAR:** <br> **October 20, 2017** <br><br> **JURY TRIAL DEMANDED** |
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br> v. <br> HIGH GEAR SPECIALTIES INC., <br><br> Defendant. | Case No. 2:15-cv-01985-JLR |
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br> v. <br><br> WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC., <br><br> Defendant. | Case No. 2:15-cv-02024-JLR |

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 1

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>    Plaintiff,<br>v.<br>BRACKETRON, INC.,<br><br>    Defendant. | Case No. 2:16-cv-00109-JLR |

Pursuant to LCR 10(g), Plaintiff National Products Inc. ("NPI") and defendants Arkon Resources, Inc. ("Arkon"), High Gear Specialties Inc. ("High Gear"), Wireless Accessory Solutions, LLC, d/b/a IBOLT – Wireless Accessory Solutions, LLC ("IBOLT"), and Bracketron, Inc. ("Bracketron") (collectively, "Defendants") jointly submit and respectfully request that the Court adopt the following revised proposed schedule to govern the above-captioned matter in light of the changes resulting from the Court's Claim Construction Order, entered on October 2, 2017 (Dkt. No. 96) and the Court's Orders granting the parties' motions for leave to amend their contentions (Dkt. Nos. 100, 103):

| Event | Current Schedule (Dkt. No. 74) | Parties' Proposal |
|---|---|---|
| Document Production and Written Fact Discovery Deadlines | N/A | January 9, 2018 |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | December 1, 2017 | February 2, 2018 |
| Rebuttal Expert Reports Due | December 22, 2017 | February 23, 2018 |
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d)(3) or LCR 37(a)(2) | January 26, 2018 | March 29, 2018 |
| Discovery Complete | February 1, 2018 | April 6, 2018 |

Good cause exists to modify the current schedule. NPI's deadline for serving Defendants with its amended infringement contentions is October 27, 2017, and Defendants'

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 2

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

deadline for serving NPI with their amended non-infringement and amended invalidity contentions is November 10, 2017. *See* Dkt. Nos. 100, 103. Under the current schedule, the deadline to exchange reports of the parties' expert witnesses under FRCP 26(a)(2) is December 1, 2017. Dkt. No. 74. Good cause exists due to the proximity in time of the deadlines for serving amended contentions and for serving opening expert reports, as the parties' experts need to consider the amended contentions prior to forming opinions that are subject of the expert reports. The parties may also need to take additional discovery based on the amended contentions, including for example, discovery regarding any new prior art disclosed in the amended contentions. Additionally, counsel for NPI and counsel for Arkon, IBOLT and High Gear will be in trial beginning on November 13, 2017 for the case, *National Products Inc. v. Arkon Resources, Inc.*, No. 2:15-cv-01553 (W.D. Wash.), filed on September 30, 2015 in the United States District Court for the Western District of Washington and assigned to Judge Robert S. Lasnik.

Accordingly, due to the condensed schedule and the parties' scheduling conflicts in the coming months, the parties believe that good cause exists to modify the current schedule as provided above.

Respectfully submitted this 20th day of October, 2017.

**FENWICK & WEST LLP**

By: *s/ Jessica M. Kaempf*
David K. Tellekson (WSBA No. 33523)
Ewa M. Davison (WSBA No. 39524)
Jonathan T. McMichael (WSBA No. 49895)
Jessica M. Kaempf (WSBA No. 51666)
1191 Second Avenue, 10th Floor
Seattle, WA 98101

Attorneys for Plaintiff
NATIONAL PRODUCTS, INC.

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 3

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

KARISH & BJORGUM PC

By: *s/ Marc Karish*
　　MARC KARISH

-AND-

James E. Breitenbucher (WSBA No. 27670)
FOX ROTHSCHILD LLP.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Attorneys for Defendants
ARKON RESOURCES, INC.
WIRELESS ACCESSORY SOLUTIONS, LLC
HIGH GEAR SPECIALTIES, INC.

**LEE & HAYES PLLC**

*s/ Robert J. Carlson*
ROBERT J. CARLSON, WSBA #18455
LEE & HAYES, pllc
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (206) 315-4004
E-mail: carlson@leehayes.com

and

**Maslon LLP**

Terrance C. Newby (admitted *pro hac vice*)
E. Casey Beckett (admitted *pro hac vice*)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
E-mail: terry.newby@maslon.com
　　　　casey.beckett@maslon.com

Attorneys for Defendant
BRACKETRON, INC.

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 4

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

# ORDER

This matter is before the Court on the parties' Stipulated Motion for Revised Schedule ("the Stipulated Motion"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the following schedule of deadlines is in effect:

| Event | Deadline |
|---|---|
| Document Production and Written Fact Discovery Deadlines | January 9, 2018 |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | February 2, 2018 |
| Rebuttal Expert Reports Due | February 23, 2018 |
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d)(3) or LCR 37(a)(2) | March 29, 2018 |
| Discovery Complete | April 6, 2018 |

SO ORDERED this 22nd day of October, 2017.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 5

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record for the Parties in the above-captioned litigation.

| | |
|---|---|
| David K. Tellekson<br>Ewa M. Davison<br>Jonathan T. McMichael<br>Jessica M. Kaempf<br>FENWICK & WEST LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>*Attorneys for National Products, Inc.* | dtellekson@fenwick.coma<br>edavison@fenwick.com<br>jmcmichael@fenwick.com<br>jkaempf@fenwick.com |
| James E. Breitenbucher<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br>*Attorneys for Defendants*<br>*High Gear Specialties Inc., Arkon Resources, Inc., Wireless Accessory Solutions, LLC, dba iBolt – Wireless Accessory Solutions, LLC* | jbreitenbucher@foxrothschild.com |
| Marc A. Karish<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br>*Attorneys for Defendants*<br>*Arkon Resources, Inc.; and Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC* | marc.karish@kb-ip.com |

By: *s/ Robert J. Carlson*
    Robert J. Carlson, WSBA No. 18455
    LEE & HAYES PLLC
    701 Pike Street, Ste. 1600
    Seattle, WA 98101
    Telephone: 206-876-6029
    Fax: 206-315-4004
    carlson@leehayes.com

    *Attorneys for Bracketron, Inc.*

STIPULATED MOTION FOR REVISED SCHEDULE -
Case Nos. 2:15-cv-01984-JLR,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR - Pg. 6

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax