HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., Plaintiff, v. ARKON RESOURCES, INC., Defendant. | **CONSOLIDATED CASE** **Lead Case No. 2:15-cv-01984-JLR** **STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR REVISED DISCOVERY SCHEDULE** **NOTE ON MOTION CALENDAR: March 1, 2018** |
| NATIONAL PRODUCTS INC., Plaintiff, v. HIGH GEAR SPECIALTIES INC., Defendant. | Case No. 2:15-cv-01985-JLR JURY TRIAL DEMANDED |
| NATIONAL PRODUCTS INC., Plaintiff, v. WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC, Defendant. | Case No. 2:15-cv-02024-JLR JURY TRIAL DEMANDED |

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br>Plaintiff,<br>v.<br>BRACKETRON, INC.<br>Defendant. | Case No. 2:16-cv-00109-JLR<br><br>JURY TRIAL DEMANDED |

Pursuant to the Court's October 23, 2017 Order for Revised Schedule (Dkt. No. 105), plaintiff National Products Inc. ("NPI") and defendants Arkon Resources, Inc. ("Arkon"), High Gear Specialties Inc. ("High Gear"), Wireless Accessory Solutions, LLC, d/b/a IBOLT – Wireless Accessory Solutions, LLC ("IBOLT"), and Bracketron, Inc. ("Bracketron") (collectively, "Defendants") jointly submit the following revised proposed schedule to govern the above-captioned matters.

The parties ask that the Court enter the following schedule of deadlines:

| Event | Current Schedule (Dkt. No. 105) | Parties' Proposal |
|---|---|---|
| Noting date for all motions related to discovery, pursuant to LCR 7(d)(3) or LCR 37(a)(2) | March 29, 2018 | May 11, 2018 |
| Discovery Completion | April 6, 2018 | May 18, 2018 |

Good cause exists to modify the current schedule. Under the current schedule, the deadline to complete depositions and all other remaining discovery is in just over five weeks, on April 6, 2018. Coordination of counsel and witness schedules, particularly for the multiple expert witness depositions, has been made extremely difficult by trial and other extended obligations of counsel. Accordingly, due to the condensed schedule and the parties' scheduling

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

conflicts in the upcoming weeks, the parties believe that good cause exists to modify the current schedule as provided above.

Dated: March 1, 2018

Respectfully submitted,

By: s/Jessica M. Kaempf

David K. Tellekson, WSBA No. 33523
Ewa M. Davison, WSBA No. 39524
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: dtellekson@fenwick.com
edavison@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorney for Plaintiff*
*National Products Inc.*

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
Case Nos. **2:15-cv-01984-JLR**, 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Dated: March 1, 2018

Respectfully submitted,

By: s/James E. Breitenbucher

James E. Breitenbucher, WSBA No. 27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Tel: 206.624.3600
Fax: 206.389.1708
Email: jbreitenbucher@foxrothschild.com

Marc A. Karish (admitted *pro hac vice*)
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel: 213.785.8070
Fax: 213.995.5010
Email: marc.karish@kb-ip.com

*Attorneys for Defendants Arkon Resources, Inc.; Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC; and High Gear Specialties, Inc.*

Dated: March 1, 2018

Respectfully submitted,

By: s/Robert J. Carlson

Robert J. Carlson, WSBA No. 18455
LEE & HAYES PLLC
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Tel: 206.315.4001
Fax: 206.315.4004
Email: bob@leehayes.com

Terrance C. Newby (admitted *pro hac vice*)
MASLON LLP
Wells Fargo Center
90 South Seventh St., Ste. 3300
Minneapolis, MN 55402
Tel: 612.672.8328
Fax: 612.672.8328
Email: terry.newby@maslon.com

*Attorneys for Defendant Bracketron, Inc.*

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

**ORDER**

This matter is before the Court on the parties' Stipulated Motion for Revised Schedule. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the following schedule of deadlines is in effect:

| Event | Deadline |
|---|---|
| Noting date for all motions related to discovery, pursuant to LCR 7(d)(3) or LCR 37(a)(2) | May 11, 2018 |
| Discovery Completion | May 18, 2018 |

SO ORDERED this 1st day of March, 2018.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Presented by:

By: s/Jessica M. Kaempf
David K. Tellekson, WSBA No. 33523
Ewa M. Davison, WSBA No. 39524
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Tel: 206.389.4510
Fax: 206.389.4511
Email: dtellekson@fenwick.com
edavison@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorneys for Plaintiff National Products Inc.*

By: s/James E. Breitenbucher
James E. Breitenbucher. WSBA No. 27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1065
Tel: 206.624.3600
Fax: 206.389.1708
Email: jbreitenbucher@foxrothschild.com

Marc A. Karish (admitted *pro hac vice*)
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel: 213.785.8070
Fax: 213.995.5010
Email: marc.karish@kb-ip.com

*Attorneys for Defendant Arkon Resources, Inc.*
*Attorneys for Defendants Arkon Resources, Inc.; Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC; and High Gear Specialties Inc.*

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,**
2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 6 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

By: *s/Robert J. Carlson*
Robert J. Carlson, WSBA No. 18455
LEE & HAYES PLLC
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Tel: 206.315.4001
Fax: 206.315.4004
Email: bob@leehayes.com

Terrance C. Newby (admitted *pro hac vice*)
MASLON LLP
Wells Fargo Center
90 South Seventh St., Ste. 3300
Minneapolis, MN 55402
Tel: 612.672.8328
Fax: 612.672.8328
Email: terry.newby@maslon.com

*Attorneys for Defendant*
*Bracketron, Inc.*

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 7 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

**CERTIFICATE OF SERVICE**

I, Kathy Meyer, hereby certify that on March 1, 2018, I caused the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR REVISED DISCOVERY SCHEDULE** to be served on the following parties as indicated below:

| | |
|---|---|
| **James E. Breitenbucher** (WSBA No. 27670)<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br><br>*Attorneys for Defendants Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC*<br>*Attorneys for Defendant High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>jbreitenbucher@foxrothschild.com |
| **Marc A. Karish** (admitted *pro hac vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br><br>*Attorneys for Defendants Arkon Resources, Inc.;*<br>*Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC*<br>*Attorneys for Defendant High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>marc.karish@kb-ip.com |
| **Robert J. Carlson** (WSBA No. 18455)<br>LEE & HAYES PLLC<br>One Convention Place<br>701 Pike Street, Ste. 1600<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>bob@leehayes.com |

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 8 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| **Terrance C. Newby** (admitted *pro hac vice*)<br>**E. Casey Beckett** (admitted *pro hac vice*)<br>MASLON LLP<br>Wells Fargo Center<br>90 South Seventh St., Ste. 3300<br>Minneapolis, MN 55402<br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>terry.newby@maslon.com<br>casey.beckett@maslon.com |

Dated: March 1, 2018

By: *s/Kathy Meyer*
For Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP

STIP. MTN. FOR REVISED DISCOVERY SCHEDULE
**Case Nos. 2:15-cv-01984-JLR,** 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

- 9 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511